UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| TAURUS ZAMBRELLA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 2:11-cv-0067-JMS-WGH |
| STEVE ESTEP, | ) ) | |
| Defendant. | ) ) | |

### Entry Directing Further Proceedings

"Congress has conferred subject matter jurisdiction on the district courts only in cases that raise a federal question and cases in which there is diversity of citizenship among the parties. See 28 U.S.C. §§ 1331-32." *Smart v. Local 702 Intern. Broth. of Elec. Workers*, 562 F.3d 798, 802 (7th Cir. 2009).

The plaintiff shall have **through July 20, 2011**, in which to **supplement** his complaint by setting forth in a plain fashion the basis of this court's jurisdiction over his claims.

**IT IS SO ORDERED.**

Date: 06/24/2011

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Taurus Zambrella
No. 06492-027
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808